IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HELEN SWARTZ, : | |
| Plaintiff, : | |
| v. : | Civ. No. 19-3486 |
| UPENN HOSPITALITY, INC., : | |
| Defendant. : | |

**AND NOW**, this 17th day of March, 2020, upon consideration of Plaintiff's Notices of Settlement (Doc. Nos. 23, 25), and Defendant's Letter indicating that the Parties have reached a full settlement (Doc. No. 26), it is hereby **ORDERED** that the March 18, 2020 Contempt hearing is **ADJOURNED**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
———————————————
Paul S. Diamond, J.